IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 06 06S |
| | ) | |
| v. | ) | CR. No. |
| | ) | In Violation of 8 U.S.C. |
| | ) | §§ 1326(a) and (b)(2) |
| | ) | |
| LUIS TREJO-MARISCAL | ) | |

**INDICTMENT**

The Grand Jury charges that:

On or about December 16, 2005, Defendant LUIS TREJO-MARISCAL, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Gerard B. Sullivan
GERARD B. SULLIVAN
Assistant U.S. Attorney

January 11, 2006
DATE

Zechariah Chafee
ZECHARIAH CHAFEE
Assistant U.S. Attorney