**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **NO.: CR 06-006-01S** |
| | : | |
| **LUIS TREJO-MARISCAL** | : | |

**MOTION TO POSTPONE SENTENCING**

Now comes the Attorney for the Defendant in the above-entitled matter and hereby moves this Honorable Court to postpone Mr. Trejo-Mariscal's sentencing currently scheduled for May 19, 2006.

This Motion is based upon several reasons: First, counsel intends to file a Motion to Depart from the Guideline Sentencing range, but has not yet had the occasion to do so due to the fact that he has been preparing for a voluminous federal court trial scheduled to be empaneled on May 11th, with the trial to begin before Judge Lisi on May 15th. The trial is expected to last for up to a month. Second, Mr. Trejo-Mariscal has an immigration attorney in Louisiana who is attempting to re-open his original deportation due to the fact that she believes he may have been improperly deported back in 1996 due to the fact that he was eligible for a discretionary waiver based upon his extensive family ties and length of time in the United States. Third, counsel will be on trial on May 19th before Judge Lisi and Mr. Trejo-Mariscal has family coming from as far away as California for his sentencing hearing. If the sentencing is re-scheduled at the last minute, the family will incur unnecessary expense and inconvenience in travel arrangements.

Counsel submits that the interests of justice would be better served by a postponement of at least 30 days.

Finally, defense counsel has spoken with the United States Attorney handling this matter who has indicated he has no objection to the postponement.

Wherefore, in light of the foregoing, counsel respectfully prays that his Motion to Postpone Sentencing be granted.

Respectfully submitted,
Luis Trejo-Mariscal,
By his Attorney,

Scott A. Lutes (#3502)
127 Dorrance Street - 2nd Floor
Providence, Rhode Island 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

**CERTIFICATION**

I, the undersigned, do hereby certify that I mailed a true and accurate copy of the within by regular postage pre-paid mail to Zechariah Chafee, Assistant United States Attorney, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on the 9th day of May, 2006.